Opinion issued July 31, 2018



In The

# Court of Appeals

For The

## First District of Texas

—————————————

### NO. 01-18-00278-CR

—————————————

**CHRISTOPHER SHANE EUDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 2**
**Tarrant County, Texas**
**Trial Court Cause No. 1484751D**

---

### MEMORANDUM OPINION

This Court's June 28, 2018 Order of Abatement had abated this case for a late-brief abatement hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant, Christopher Shane Eudy, has filed a motion to dismiss this appeal in compliance with Texas Rule

of Appellate Procedure 42.2(a).[1] Although the motion does not contain a certificate of conference, it contains a certificate of service on counsel for the State, has been on file with this Court for more than ten days with no response, and no opinion has issued. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a), 42.2(a).

Accordingly, we withdraw the Order of Abatement and reinstate this case, grant appellant's motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The Texas Supreme Court transferred this appeal from the Second Court of Appeals to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

2